# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEBBIE LEGALL,**

        **Plaintiff,**

**-vs-**                                                             **Case No. 6:08-cv-242-Orl-31GJK**

**CARING ANGELS, LLC and GARY J. COCHRAN,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO MODIFY SEQUENCING OF DISCOVERY (Doc. No. 16)**
>
> **FILED:** May 1, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The discovery stay is lifted for 120 days, during which time both sides may conduct discovery as to the issues raised in Defendants' motion for summary judgment (Doc. 18). The motion for summary judgment (Doc. 18) is hereby **DENIED WITHOUT PREJUDICE** and may be refiled, with or without additional evidentiary support, on or after September 29, 2008.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 27, 2008.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party